NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

PETER H. MILLER,                              )
                                             )
          Appellant,                          )
                                             )
v.                                            )     Case No. 2D16-3159
                                             )
STATE OF FLORIDA,                             )
                                             )
          Appellee.                           )
                                             )
_____)

Opinion filed March 2, 2018.

Appeal from the Circuit Court for Pinellas
County; William H. Burgess, III, Judge.

Howard L. Dimmig, II, Public Defender, and
Jean-Jacques A. Darius, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Brandon R. Christian,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


NORTHCUTT, CASANUEVA, and SALARIO, JJ., Concur.